Harrison Squires
Anthony Battista
CONDON & FORSYTH LLP
7 Times Square, Floor 18
New York, NY 10036

Jessica R. Rifkin (*pro hac vice* pending)
Benjamin L. England (*pro hac vice* pending)
Carlton L.P. Talbot (*pro hac vice* pending)
Roy Leon (*pro hac vice* pending)
BENJAMIN L. ENGLAND & ASSOCIATES, LLC
810 Landmark Drive, Suite 126
Glen Burnie, MD 21061

Joseph E. Cwik (*pro hac vice* pending)
Erin R. Conway (*pro hac vice* pending)
AMIN TALATI UPADHYE LLP
100 S. Wacker Dr., Suite 2000
Chicago IL 60606

*Attorneys for ECI Pharmaceuticals LLC*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALEANT PHARMACEUTICALS NORTH AMERICA LLC, | Case No. 18-cv-8235 (BRM)(DEA) |
| Plaintiff, | |
| v. | **CERTIFICATION OF HARRISON D. SQUIRES IN SUPPORT OF ADMISSION *PRO HAC VICE* OF BENJAMIN L. ENGLAND** |
| CLINICAL DRUG INFORMATION, LLC d/b/a MEDI-SPAN, ELSEVIER INC., FIRST DATABANK, INC. AND TRUVEN HEALTH ANALYTICS LLC, | |
| Defendants. | |

I, HARRISON D. SQUIRES, hereby certify as follows:

1. I am an attorney-at-law of the State of New Jersey admitted to practice in this Court, and an associate of the law firm of Condon & Forsyth LLP, attorneys for proposed Intervenor ECI PHARMACEUTICALS (hereinafter as "ECI"), in the above-captioned matter. I make this Certification in support of ECI's motion to have Benjamin L. England appear in this matter *pro hac vice* on behalf of ECI.

2. I understand that all notices, orders and pleadings will be served upon me and that I am responsible for promptly notifying my specially-admitted colleague of my receipt of such papers.

3. I understand further that only I, or another lawyer in my firm who is also a member in good standing of the United States District Court for the District of New Jersey, may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders.

4. If admitted *pro hac vice*, Benjamin L. England will make the annual payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3).

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 10, 2018

                      */s/ Harrison D. Squires*
                       Harrison D. Squires

Condon & Forsyth, LLP
Harrison D. Squires
Anthony U. Battista
7 Times Square
New York, NY 10036
www.condonlaw.com
(212) 894-6748

*Attorneys for Proposed Intervenor*
*ECI Pharmaceuticals, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALEANT PHARMACEUTICALS NORTH AMERICA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CLINICAL DRUG INFORMATION, LLC d/b/a/ MEDI-SPAN, ELSEVIER INC., FIRST DATA BANK, INC. and TRUVEN HEALTH ANALYTICS, LLC, <br><br> Defendants. | Case No. 3:18-cv-8235-BRM-DEA <br><br> **CERTIFICATION OF BENJAMIN L. ENGLAND TO APPEAR AND PARTICIPATE PRO HAC VICE** |

I, Benjamin L. England, being of full age, certify:

1. I am an attorney of Benjamin L. England & Associates, LLC, attorneys for proposed Intervenor, ECI Pharmaceuticals, LLC ("ECI"). My office has a mailing address of 810 Landmark Drive, Suite 126, Glen Burnie, MD 21061 and my office telephone number is (410) 220-2800. Benjamin L. England & Associates, LLC is co-counsel for ECI.

2. I make this certification in support of an application to appear and participate in the above-captioned matter *pro hac vice* on behalf of ECI, pursuant to L.Civ.R. 101.1(c).

3. Pursuant to L.Civ.R. 101.1(c)(1), the following chart discloses each bar in which I am a member, including the year of admission and the name and address of the official or office maintaining the roll of such members of its bar. I am in good standing in each of those courts:

| BAR | YEAR OF ADMISSION | NAME AND ADDRESS |
|---|---|---|
| Maryland | 2003 | |
| District of Columbia | 2004 | Court's Public Office, Historic Courthouse 430 E. Street, NW, Room 115 Washington, DC 20001 |
| U.S. Court of International Trade | 2014 | One Federal Plaza New York, New York 10278 |
| Florida | 2000 | Florida Supreme Court Clerk's Office 500 South Duval Street Tallahassee, Florida 32399 |

4. I am not under suspension or disbarment by any court, nor are any disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5. I will immediately notify the Court of any matter affecting my standing at the bar of any other court.

6. If admitted *pro hac vice*, I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial and other proceedings.

7. If admitted *pro hac vice*, local counsel Harrison D. Squires at Condon & Forsyth LLP, who is authorized to practice law in this Court, will file all pleadings, briefs, and other papers with the Court.

8.      If admitted, *pro hac vice*, I will pay the annual fee required by L.Civ.R. 101.1(c) and N.J. Ct. R. 1:20-1(b).

9.      I respectfully request that this Court grant this application for my admission *pro hac vice* to assist in the representation of ECI.

10.     I certify that the foregoing statements made by me are true. I am aware that if any are willfully false, I am subject to punishment.

Dated: August 10, 2018

_____
Benjamin L. England
Benjamin L. England & Associates, LLC
810 Landmark Drive, Suite 126
Glen Burnie, MD 21061
(410) 220-2800
blengland@fdaimports.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
VALEANT PHARMACEUTICALS NORTH      :
AMERICA LLC,                        :
                                    :   Case No. 18-cv-8235 (BRM)(DEA)
         Plaintiff,                 :
                                    :
v.                                  :   ORDER GRANTING PRO HAC
                                    :   VICE ADMISSION
CLINICAL DRUG INFORMATION, LLC d/b/a :
MEDI-SPAN, ELSEVIER INC., FIRST     :
DATABANK, INC. AND TRUVEN HEALTH    :
ANALYTICS LLC,                      :

         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

THIS MATTER having been opened to the Court by Condon & Forsyth LLP, attorneys for proposed Intervenor ECI PHARMACEUTICALS (hereinafter "ECI"), upon application for the entry of an Order admitting *pro hac vice* Benjamin L. England of the law firm Benjamin L. England & Associates as counsel for ECI; and the Court having considered all papers filed in support of said application; and for good cause having been shown;

IT IS on this _____ day of _____, 2018

ORDERED that ECI's application for the *pro hac vice* admission of Carlton Talbot as counsel for ECI is hereby GRANTED; and it is further

ORDERED that Benjamin L. England is hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of ECI in this matter; and it is further

ORDERED that Benjamin L. England shall abide by the disciplinary rules of this Court; and it is further

ORDERED that Benjamin L. England, for the duration of the time that he serves as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

ORDERED that Benjamin L. England shall notify the Court immediately of any disciplinary matter affecting his standing at the bar of any jurisdiction; and it is further

ORDERED that Harrison D. Squires shall sign all pleadings, briefs and other papers filed with the Court in this matter.

SO ORDERED:

_____
Honorable Douglas E. Arpert
United States Magistrate Judge

Dated: August \_\_\_\_, 2018